IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| DONNIE MACK SELLERS,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF MONTANA, CRYSTAL LEVER, MELISSA SHARF, and CINDY HINER,<br><br>Defendants. | CV-21-0005-H-BMM-KLD<br><br>FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

Plaintiff Donnie Mack Sellers has filed an Amended Complaint alleging various 8th Amendment constitutional violations associated with his incarceration. (Doc. 11.) The Court has ordered service of the Amended Complaint by separate order.

Sellers is a prisoner proceeding in forma pauperis so the Court must review his Complaint under 28 U.S.C. §§ 1915, 1915A. Sections 1915A(b) and 1915(e)(2)(B) require the Court to dismiss a complaint filed in forma pauperis and/or by a prisoner against a governmental defendant if it is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief.

1

Sellers has named but cannot state a claim against the State of Montana, even for solely injunctive relief as he requests. (Doc. 11 at 2.) The Eleventh Amendment bars suit in federal court against a state and/or a state agency absent a valid abrogation of immunity by Congress or an express waiver of immunity by the State. *Idaho v. Coeur d'Alene Tribe of Idaho*, 521 U.S. 261, 267–268 (1997); *Edelman v. Jordan*, 415 U.S. 651, 653 (1974). The State of Montana has waived immunity only for tort claims brought in state court. Mont. Code Ann. § 2-9-101 et seq. Hence any claim against the State of Montana or any agency of the State (including the Montana Department of Corrections) cannot be brought in federal court and will be recommended for dismissal.

Therefore, the Court enters the following:

## RECOMMENDATIONS

1. The State of Montana should be dismissed from this case and the caption amended.

2. The Clerk of Court should be directed to terminate the State of Montana as a party.

3. At all times during the pendency of this matter, Sellers must keep the court apprised of any changes of address. Failure to do so may result in dismissal pursuant to Fed. R. Civ. P. 41.

## NOTICE OF RIGHT TO OBJECT TO OBJECT
## TO FINDINGS & RECOMMENDATIONS AND CONSEQUENCES
## OF FAILURE TO OBJECT

Sellers may file objections to these Findings and Recommendations within fourteen days after service. 28 U.S.C. § 636. Failure to timely file written objections may bar a de novo determination by the district judge and/or waive the right to appeal.

This order is not immediately appealable to the Ninth Circuit Court of Appeals. Any notice of appeal pursuant to Fed.R.App.P. 4(a), should not be filed until entry of the District Court's final judgment.

DATED this 14th day of September, 2021.

_____
Kathleen L. DeSoto
United States Magistrate Judge